Vedder Price P.C.
Jeffrey J. Ansley (admitted *pro hac vice*)
jansley@vedderprice.com
300 Crescent Ct., Suite 400
Dallas, Texas 75201
T: 469-895-4800

Dorsey & Whitney LLP
Gregory B. Collins (SB# 023158)
Sarah Malham (SB# 037358)
2325 E. Camelback Rd., Suite 900
Phoenix, Arizona 85016
T: 602-735-2700

*Attorneys for Defendants*
*Caedrynn E. Conner, et al.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| David Voyer, *et al.*, | Case No. CV-23-02671-PHX-JJT |
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | Hon. John J. Tuchi |
| Caedrynn E. Conner, *et al.*, | |
| Defendants. | |

**JOINT STATUS REPORT**

The parties, through their respective counsel and pursuant to this Court's September 18, 2025 order (Doc. 18), state as follows:

**I.    Status of Criminal Investigation and Criminal Cases**

The Court's September 18, 2025 order directed the Parties to jointly file a status report with respect to the Court's stay of this case pending resolution of a grand jury investigation of Caedrynn Conner and others in the United States District Court

4930-2336-7275\1

1  for the Eastern District of Texas (the "Criminal Investigation") and the related
2  criminal cases docketed as *United States v. Larry Conner*, Case No. 4:23-CR-259
3  (E.D. Tex.), and *United States v. Larry Conner, et al.,* Case No. 23-CR-390-RMR
4  (D. Colo.) ("Criminal Cases"). *See* Doc. 11.

5  The Criminal Investigation is still ongoing, and the Criminal Cases are still
6  pending trial and not resolved. With respect to the Criminal Investigation, criminal
7  counsel for Conner has been in contact with the government regarding the status of
8  the investigation. Conner remains of interest to the government in the ongoing
9  Criminal Investigation. With respect to the Criminal Cases, *United States v. Larry
10 Conner*, Case No. 4:23-CR-259 (E.D. Tex.), is set for a pretrial conference on
11 February 2, 2026, at which time the case will either proceed to trial, or a date will be
12 set for trial. *United States v. Larry Conner, et al.,* Case No. 23-CR-390-RMR (D.
13 Colo.) is set for trial April 27, 2026.

14 The Parties conferred on September 22, 2025 and remain unopposed to the
15 continuing stay of this matter until the Criminal Investigation and Criminal Cases are
16 resolved.

17 Respectfully submitted on Thursday, September 22, 2025.

4930-2336-7275\1

| | |
|---|---|
| DORSEY & WHITNEY LLP | THE LASSITER LAW FIRM |
| By: */s/ Greg Collins* | By: */s/ Mark E. Lassiter* |
|     Gregory B. Collins |     Mark E. Lassiter |
|     Dorsey & Whitney LLP |     60 E. Rio Salado Pkwy, 9th Floor |
|     2325 E. Camelback Rd., Ste. 900 |     Tempe, Arizona 85281 |
|     Phoenix, Arizona 85016 |     T: 480-218-4455 |
| | |
|     Jeffrey J. Ansley | *Attorney for Plaintiffs David Voyer, et al.* |
|     Vedder | Price, PC | |
|     300 Crescent Ct., Suite 400 | |
|     Dallas, Texas 75201 | |
|     T: 469-895-4800 | |
| | |
| *Attorneys for Defendants Caedrynn E. Conner, et al.* | |

4930-2336-7275\1